UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 16-2082 JVS (KESx). | Date | December 21, 2016 |
| Title | Lane v. Return to Home LLC | | |

| | | |
|---|---|---|
| Present: The Honorable | James V. Selna | |
| Karla J. Tunis | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   **(IN CHAMBERS)**   <u>**Order To Show Cause re Lack of Jurisdiction**</u>

The Court has made a preliminary review of the jurisdictional allegations in the:

X     Complaint, filed November 18, 2016

Notice of Removal ("Notice") filed

by Anthony Lane, *et al.* ("Lane Parties").

The initial pleading invokes jurisdiction Court on the basis of diversity of citizenship, 28 U.S.C. § 1332.  (Complaint, ¶10.)  Jurisdiction on this basis requires complete diversity.

The following party to the action is alleged to be limited liability companies ("LLCs"):

Return to Home LLC
Buchbinder & Warren LLC

For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. <u>Johnson v. Columbia Properties Anchorage</u>, LP, 437 F.3d 894, 899 (9th Cir. 2006); <u>Cosgrove v. Bartolotta</u>, 150 F.3d 729, 731 (7th Cir. 1998); <u>Keith v. Black Diamond Advisors, Inc.</u>, 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999).  In order to determine diversity, the Court must consider the citizenship of each LLC member, and if

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 16-2082 JVS (KESx). | Date | December 21, 2016 |
| Title | Lane v. Return to Home LLC | | |

a member is an LLC, the citizenship of its members.  Presently, the Court cannot tell if jurisdiction has been properly invoked.

The Lane Parties are ordered to file an amended initial pleading within ten days identifying each member of each alleged LLC and the member's citizenship and principal place of business as the date of the filing of the initial pleading.   If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

Although the Lane Parties cite the Declaratory Relief Act, 28 U.S.C. § 2210, in their Complaint (Complaint, 10), the statute does not afford a basis for jurisdiction in the absence of separate grounds for federal jurisdiction,.  Medtronic, Inc. v. Mirowski Family Ventures, LLC, 134 S.Ct. 843, 848 (2014).  There is no indication that enforcement of the rights asserted here would implicate a question of federal law.  (Id.)

**A failure to respond may result in dismissal of the action for lack of jurisdiction.**

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |